IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5036

M.M., Father of M.M., M.M., and
M.M., each a minor child,

     Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.

_____/

Opinion filed February 12, 2015.

An appeal from the Circuit Court for Duval County.
David M. Gooding, Judge.

Meredith A. Eng, Jacksonville, for Appellant.

Ward L. Metzger, Department of Children and Families, Jacksonville, and Kelley
Schaeffer, Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, SWANSON, and BILBREY, JJ., CONCUR.